1  Gregory P. O'Hara (SBN #131963)
   Daniel J. Muller (SBN #193396)
2  NIXON PEABODY LLP
   200 Page Mill Road, Suite 200
3  Palo Alto, CA  94306-2022
   Telephone: (650) 320-7700
4  Fax:  (650) 320-7701

5  Attorneys for Plaintiff
   Mark Sheredy
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11 MARK SHEREDY,                    Case No. C 08-04570 SC - ADR

12              Plaintiff,
                                    **NOTICE AND [PROPOSED] ORDER OF
13       vs.                        SUBSTITUTION FOR PLAINTIFF
                                    MARK SHEREDY**
14 TERRY L. RITTER and MARC VOGEL,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

SV #378089 v1

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MARK SHEREDY
Case No. 08-04570 SC

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that PLAINTIFF MARK SHEREDY substitutes his counsel of record in this matter.

**Former Counsel**

Steven P. Small

2509 Santa Clara Avenue

Alameda, CA 94501

Telephone (510) 865-2038

Facsimile (510) 523-7877

stevensmall@mac.com

**New Counsel**

Plaintiff Mark Sheredy's new counsel in this matter, on whom all notices and papers should be served, is the firm of:

Nixon Peabody LLP

200 Page Mill Road, Suite 200

Palo Alto, CA 94306-2022

Telephone: (650) 320-7700

Fax: (650) 320-7701

Including the following individual attorneys associated with that firm:

Gregory P. O'Hara (CA Bar No. 131963)

Daniel J. Muller (CA Bar No. 193396)

//

//

//

//

//

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: 3-4-09

By _____
Steven P. Small, Esq.
Steven P. Small

Dated: 3-5-09

Nixon Peabody LLP

By _____
Gregory P. O'Hara

Dated: 3/4/2009

By _____
Mark Sheredy

IT IS SO ORDERED:

Dated: 3/9/09

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

SV #378089 v1     -2-

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MARK SHEREDY
Case No. 08-04570 SC